**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | Case No.: 12-23354-CMB |
| ) | |
| David Stanley Sherred ) | Chapter 13 |
|    Debtor ) | |
| ) | Doc. No.: |
| David Stanley Sherred ) | |
|    Movant ) | Related to Doc. No.: |
| ) | |
|    v. ) | Hearing Date: |
| ) | |
| No Respondent ) | |

**AMENDED DEBTOR'S CERTIFICATE OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a Discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior Discharge in a bankruptcy case within the time frames specified in the Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a Discharge.

4. On October 8, 2017**,** at docket number 66, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *a Certificate of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by the Undersigned Counsel, who duly questioned Debtor about the statements in the Certification and verified the answers in support of this Certification.

| | |
|---|---|
| Dated: **November 29, 2017** | Respectfully submitted by, |
| | **/s/ Albert G. Reese, Jr., Esq.** |
| | Albert G. Reese, Jr., Esq. |
| | PA I.D. #93813 |
| | Law Office of Albert G. Reese, Jr. |
| | 640 Rodi Road, 2nd Floor, Suite 2 |
| | Pittsburgh, PA 15235 |
| | 412-241-1697 (Telephone) |
| | 412-241-1687 (Fax) |
| | areese8897@aol.com |
| | Attorney for Debtor |