## PROCEEDING MEMO

**Date:** 11/29/2017  10:00 am

**In re:** David Stanley Sherred

Bankruptcy No. 12-23354-CMB
Chapter: 13
Doc. # 62

**Appearances:** Albert G. Reese, Jr. for Debtor

**Movant(s):** (Winnecour) Bedford / Pail / Katz

**Respondents:**

**Creditor(s):**

**Nature of Proceeding:** #62 Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements

**Additional Pleadings:**

**Judge's Notes:**   Per Debtor's counsel, he filed a financial management this morning.

**Outcome:**   Court to enter Trustee's order.

_____ Motion is GRANTED   ✓ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED   Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED   Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:   _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
11/30/17 12:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA