**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DAVID STANLEY SHERRED

        Debtor(s)

  Ronda J. Winnecour
        Movant
    vs.
  No Repondents.

Case No.:12-23354

Chapter 13

Document No.: 62

ORDER OF COURT

AND NOW, this ____29th____ day of ____November____, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

FILED
11/30/17 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                               United States Bankruptcy Court
                               Western District of Pennsylvania
In re:                                                                          Case No. 12-23354-CMB
David Stanley Sherred                                                           Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: culy                   Page 1 of 3                   Date Rcvd: Nov 30, 2017
                               Form ID: pdf900              Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db             +David Stanley Sherred,    1002 Lowery Street,    Duquesne, PA 15110-1952
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13413246      ++++ASPIRE/CB&T,    9 CORPORATE RIDGE PKWY,    COLUMBUS GA 31907-3049
               (address filed with court: Aspire/cb&t,     9 Mutec Dr,    Columbus, GA 31907)
13413247       +Barclay's Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
13413248       +Barclays Bank Delaware,    Attention: Bankruptcy,    Po Box 8801,    Wilmington, DE 19899-8801
13413249       +Beneficial /hfc,    PO Box 3425,    Buffalo, NY 14240-3425
13413254      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
13413258        CBCS,   PO Box 164089,    Columbus, OH 43216
13413260      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
13441401        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13413255       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13413257       +Cbcs,   Po Box 163250,    Columbus, OH 43216-3250
13413259       +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
13439771       +HSBC MORTGAGE SERVICING, INC.,    POST OFFICE BOX 21188,    EAGAN,MINNESOTA 55121-0188
13413267       +Hsbc/bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
13413268       +Hsbc/rs,    Attn: Bankruptcy Department,    Po Box 5263,    Carol Stream, IL 60197-5263
13413269       +Majestic/cb&t,    Attn: Cardholder Services,    P.O. Box 105555,    Atlanta, GA 30348-5555
13915374       +RMBS REO Holdings LLC,    Serviced by Select Portfolio Servicing,,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
13413273       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13413274       +Thd/cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
13413275       +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbandale, IA 50323-2310
13413276       +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2017 18:16:06
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 30 2017 18:16:12
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13413244        E-mail/Text: bnc-applied@quantum3group.com Nov 30 2017 18:12:53      Applied Bank,
                 601 Delaware Ave,    Wilmington, DE 19801
13423590        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2017 18:16:06
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
13413245       +E-mail/Text: bnc-applied@quantum3group.com Nov 30 2017 18:12:53      Applied Card Bank,
                 Attention: General Inquiries,    Po Box 17125,    Wilmington, DE 19850-7125
13413250       +E-mail/Text: bknotice@bhlmlaw.com Nov 30 2017 18:12:27
                 Blatt, Hesenmiller, Leibsker &Moore, LLC,    Attn: Daniel Santucci,    1835 Market Street,
                 Suite 501,    Philadelphia, PA 19103-2933
13413256        E-mail/Text: bankruptcy@cavps.com Nov 30 2017 18:12:51      Cavalry Portfolio Services,
                 7 Skyline Drive,    Hawthorne, NY 10532
13413251       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 30 2017 18:16:22
                 Cach Llc/Square Two Financial,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
13413252       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 30 2017 18:16:06
                 Cach Llc/Square Two Financial,    4340 S Monaco Street,    Unit 2,    Denver, CO 80237-3581
13413253       +E-mail/Text: bankruptcy@cavps.com Nov 30 2017 18:12:51      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr.,    Valhalla, NY 10595-1340
13418742       +E-mail/Text: bankruptcy@cavps.com Nov 30 2017 18:12:51      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13476435       +E-mail/Text: kburkley@bernsteinlaw.com Nov 30 2017 18:13:03      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13413264        E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2017 18:16:10      Gecrb/jcp,    PO Box 984100,
                 El Paso, TX 79998
13413265       +E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2017 18:16:18      Gemb/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13438590        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 30 2017 18:12:48
                 FIRST FINANCIAL PORTFOLIO MANAGEMENT INC,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
13471243        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 30 2017 18:12:48      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13437670       +E-mail/Text: bncmail@w-legal.com Nov 30 2017 18:12:50
                 KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13537158        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2017 18:16:22      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
```

```
District/off: 0315-2          User: culy                Page 2 of 3                   Date Rcvd: Nov 30, 2017
                              Form ID: pdf900           Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13448506       +E-mail/Text: bncmail@w-legal.com Nov 30 2017 18:12:47      OAK HARBOR CAPITAL VI, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13413270       +E-mail/PDF: cbp@onemainfinancial.com Nov 30 2017 18:16:18      Onemain Financial,
                 300 Saint Paul Place,    Baltimore, MD 21202-2120
13413271        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2017 18:32:44       Portfolio Rc,
                 Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13462641        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2017 18:21:39
                 Portfolio Recovery Associates, LLC,     PO Box 12914,    Norfolk VA 23541
13437246        E-mail/PDF: rmscedi@recoverycorp.com Nov 30 2017 18:16:12      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13462697        E-mail/Text: bnc-quantum@quantum3group.com Nov 30 2017 18:12:26
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13418976        E-mail/PDF: rmscedi@recoverycorp.com Nov 30 2017 18:16:05
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14126751        E-mail/Text: jennifer.chacon@spservicing.com Nov 30 2017 18:13:10
                 Towd Point Mortgage Trust 2015-4,    U.S. Bank National Association Trustee,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 26

               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Select Portfolio Servicing, Inc. as servicing agen
cr              Towd Point Mortgage Trust 2015-4
cr              Towd Point Mortgage Trust 2015-4, U.S. Bank Nation
13413261*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,     Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20363,    Kansas City, MO 64195)
13448507*      +OAK HARBOR CAPITAL VI, LLC,    C O WEINSTEIN AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
cr             ##+Beneficial Consumer Discount Company,    c/o Stern and Eisenberg, LLP,    261 Old York Road,
                 Ste. 410, The Pavilion,    Jenkintown, PA 19046-3722
cr             ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13413262       ##+Eaf LLC,    Equable Ascent Financial, LLC,    1120 W. Lake Cook Road,
                 Buffalo Grove, IL 60089-1970
13413263       ##+Equable Ascent Financial,    1120 W. Lake Cook Road,    Buffalo Grove, IL 60089-1970
13413266       ##+Hilco Receivables/Equable Ascent Financi,    Attn: Bankruptcy,    1120 Lake Cook Road Suite B,
                 Buffalo Grove, IL 60089-1970
13413272       ##+Portfolio Recovery & Affiliates,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                             TOTALS: 3, * 2, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor David Stanley Sherred areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2015-4, U.S. Bank National
               Association as Indenture Trustee bkgroup@kmllawgroup.com
```

```
District/off: 0315-2          User: culy                Page 3 of 3            Date Rcvd: Nov 30, 2017
                              Form ID: pdf900           Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Matthew Christian Waldt   on behalf of Creditor   Towd Point Mortgage Trust 2015-4, U.S. Bank National Association as Indenture Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

          Matthew Christian Waldt   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for RMBS REO Holdings LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

          Matthew Christian Waldt   on behalf of Creditor   Towd Point Mortgage Trust 2015-4 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov

          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

          S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

          Steven K. Eisenberg   on behalf of Creditor   Beneficial Consumer Discount Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                          TOTAL: 10